**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30118 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-00176-EJL-2 |
| v. | |
| MATTHEW VAN LITH, | MEMORANDUM[*] |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30119 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-00176-EJL-1 |
| v. | |
| KAILEY DOAN, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Idaho
Edward J. Lodge, District Judge, Presiding

_____

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Submitted March 5, 2013[]
Seattle, Washington

Before:  FERNANDEZ, W. FLETCHER, and RAWLINSON, Circuit Judges.

Appellants Matthew Van Lith and Kailey Doan, who were convicted of marijuana possession at an Idaho campground, challenge the district court's denial of their motions to suppress.

The district court properly denied the motions to suppress because, under the totality of circumstances, the Bureau of Land Management ranger "had a particularized and objective basis for suspecting" that Van Lith and Doan were engaged in criminal activity.  *United States v. Basher*, 629 F.3d 1161, 1165 (9th Cir. 2011) (citation omitted).

**AFFIRMED.**

---

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).